EDWIN V. HELLAWELL, as Receiver of the FIRST NATIONAL BANK OF HEMPSTEAD, Respondent, *v.* WILLIAM F. FOWLER, Appellant.

(Submitted January 20, 1936; decided January 28, 1936.)

*Ferdinand I. Haber* for motion.

*William F. Fowler*, in person, opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.